IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:25-cv-00102 |
| | ) |
| v. | ) |
| | ) |
| JESUS HUMBERTO PECERO, III, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

# COMPLAINT

The United States of America, pursuant to 26 U.S.C. § 7401, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Jesus Humberto Pecero, III.

For its Complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction is conferred upon this District Court pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Jesus Humberto Pecero, III resides in this district and the liabilities at issue arose in this district.

3. Plaintiff is the United States of America.

4. Defendant, Jesus Humberto Pecero, III, the taxpayer whose liabilities are at issue, resides in Cameron County, Texas, within the jurisdiction of this Court.

## COUNT 1
## Judgment against Pecero for Income Tax Liabilities

5. On the following dates, a delegate of the Secretary of the Treasury made assessments against Pecero for federal income taxes and penalties for the following tax periods and in the following amounts (collectively, "the income tax liabilities"), which have balances due with accruals and costs as of April 14, 2025, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 4/14/2025 |
|---|---|---|---|---|
| 12/31/2013 | 09/21/2015 | Tax | $21,930.00 | $75,634.58 |
| | 09/21/2015 | Penalty for Not Prepaying | $130.98 | |
| | 09/21/2015 | Penalty for Late Filing | $4,890.60 | |
| | 09/21/2015 | Penalty for Late Payment | $1,956.24 | |
| | 03/27/2017 | Penalty for Late Payment | $1,956.24 | |
| | 07/31/2017 | Tax | $8,598.00 | |
| | 07/31/2017 | Penalty for Late Filing | $7,583.50 | |
| | 07/31/2017 | Accuracy Penalty § 6662 | $1,719.60 | |
| | 03/26/2018 | Penalty for Late Payment | $1,648.08 | |
| | 03/25/2019 | Penalty for Late Payment | $733.24 | |
| | 03/23/2020 | Penalty for Late Payment | $515.88 | |
| | 03/28/2022 | Penalty for Late Payment | $773.82 | |
| 12/31/2015 | 02/12/2018 | Tax | $24,771.00 | $45,761.63 |
| | 02/12/2018 | Penalty for Not Prepaying | $344.60 | |
| | 02/12/2018 | Penalty for Late Filing | $4,431.83 | |
| | 02/12/2018 | Penalty for Late Payment | $2,166.67 | |
| | 03/25/2019 | Penalty for Late Payment | $2,659.09 | |
| | 03/23/2020 | Penalty for Late Payment | $98.48 | |
| 12/31/2016 | 02/12/2018 | Tax | $5,286.00 | $3,190.88 |
| | 02/12/2018 | Penalty for Late Filing | $325.13 | |
| | 02/12/2018 | Penalty for Late Payment | $72.25 | |
| | 03/25/2019 | Penalty for Late Payment | $195.07 | |
| | 03/23/2020 | Penalty for Late Payment | $93.92 | |
| 12/31/2017 | 04/08/2019 | Tax | $3,115.00 | $2,062.20 |
| | 04/08/2019 | Penalty for Late Filing | $219.37 | |
| | 04/08/2019 | Penalty for Late Payment | $58.50 | |
| | 03/23/2020 | Penalty for Late Payment | $112.12 | |
| | 03/28/2022 | Penalty for Late Payment | $73.12 | |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 4/14/2025 |
|---|---|---|---|---|
| 12/31/2018 | 06/03/2019 | Tax | $6,670.00 | $5,445.27 |
| | 06/03/2019 | Penalty for Late Payment | $31.99 | |
| | 03/23/2020 | Penalty for Late Payment | $303.90 | |
| | 03/28/2022 | Penalty for Late Payment | $463.85 | |
| 12/31/2019 | 08/26/2024 | Tax | $20,330.00 | $19,934.50 |
| | 08/26/2024 | Penalty for Late Filing | $2,420.32 | |
| | 08/26/2024 | Penalty for Late Payment | $2,689.25 | |
| 12/31/2021 | 12/25/2023 | Tax | $4,716.00 | $1,979.04 |
| | 12/25/2023 | Penalty for Late Filing | $435.00 | |
| 12/31/2022 | 06/05/2023 | Tax | $2,053.00 | $1,105.18 |
| | 06/05/2023 | Penalty for Late Payment | $8.18 | |
| 12/31/2023 | 11/25/2024 | Tax | $13,313.00 | $9,523.51 |
| | 11/25/2024 | Penalty for Late Filing | $1,531.80 | |
| | 11/25/2024 | Penalty for Late Payment | $272.32 | |
| **Total** | | | | **$164,636.79** |

6.  A delegate of the Secretary of the Treasury gave notice and demand for payment of the income tax liabilities described above to Jesus Humberto Pecero, III. After the application of statutory interest, penalties, fees, other additions, abatements, payments, and credits, the income tax liabilities described above had a $164,636.79 unpaid balance due of as of April 14, 2025.

7.  Despite notice and demand for payment, Jesus Humberto Pecero, III has failed, neglected, or refused to fully pay the income tax liabilities described above.

8.  Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Jesus Humberto Pecero is liable for his assessed federal income tax liabilities for the years 2013, 2015 through 2019, 2021, 2022, and 2023 in the amount of $164,636.79 as of April 14, 2025, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

## PRAYER

WHEREFORE, the United States of America prays for a judgment determining:

A. That Jesus Humberto Pecero, III is liable to the United States for the income tax liabilities arising out of his 2013, 2015, 2016, 2017, 2018, 2019, 2021, 2022, and 2023 tax years in the amount of, $164,636.79 as of April 14, 2025, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid; and

B. That awards the United States such other and further relief as this Court deems just and proper, including, its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

Respectfully submitted,

*s/ Michael W. May*
MICHAEL W. MAY
Attorney-In-Charge
TX Bar No. 24054882
Federal ID No. 3443282
Trial Attorney, Tax Division
U.S. Department of Justice
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
(214) 880-9730 (TEL.)
(214) 880-9741 (FAX)
Michael.w.may@usdoj.gov

ATTORNEY FOR UNITED STATES